```
 1  BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
 2  DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division
 3  JOSE A. OLIVERA (CABN 279341)
 4  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, California 94102-3495
    Telephone: (415) 436-6888
 6  Facsimile: (415) 436-7009
    E-mail: jose.olivera@usdoj.gov
 7  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-00204-TEH |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER]** |
| v. | ) **FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| MARINA ZUK, | ) |
| Defendant. | ) |

The United States of America and defendant, Marina Zuk, stipulate that the status conference in the above-captioned case scheduled for January 11, 2016, at 2:30 p.m. should be continued to February 22, 2016, at 2:30 p.m. The basis for this request is that the Parties are actively involved in plea discussions and counsel for Defendant needs additional time to review the more than 4,500 pages of discovery produced by the United States since Defendant's initial appearance.

The Parties concur that, based on the foregoing, that an exclusion of time from January 11, 2016, to February 22, 2016, from the applicable time limits set forth in 18 U.S.C. § 3161 would allow counsel for Defendant the reasonable time necessary for effective preparation of counsel and continuity of counsel because it would allow additional time to review discovery and conduct further plea discussions. *See* 18 U.S.C. § 3161(h)(7). The Parties further agree that failure to exclude time as set forth above would deny Defendant the reasonable time necessary for effective preparation and continuity of counsel and that the ends of justice served by granting this request for exclusion of time outweigh the best

1 interest of the public and the Defendant in a speedy trial.

2 Accordingly, for the reasons stated above, the Parties jointly request a continuance of the status hearing from January 11, 2016, to February 22, 2016, at 2:30 p.m., and the exclusion of time for this period.

IT IS SO STIPULATED.

Dated: January 4, 2016       *s/ Jose A. Olivera*
                             JOSE A. OLIVERA
                             Assistant United States Attorney

Dated: January 4, 2016       *s/ Martin A. Schainbaum*
                             MARTIN A. SCHAINBAUM
                             Attorney for Defendant

1  **[PROPOSED] ORDER**

2  For the reasons set forth in the above Stipulation, the Court hereby continues the status
3  conference in this case from January 11, 2016, to February 22, 2016, at 2:30 p.m. The Court further
4  finds that the exclusion of time from January 11, 2016, to February 22, 2016, is warranted and that the
5  ends of justice served by the continuance outweigh the best interests of the public and the Defendant in a
6  speedy trial under 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny
7  the Defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §
8  3161(h)(7)(B)(iv).

9  IT IS SO ORDERED.

10

11 Dated: 1/6/2016

12  THE HONORABLE THELTON E. HENDERSON
    United States District Judge