1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  JOSE A. OLIVERA (CABN 279741)
   Assistant United States Attorney
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
6    Telephone: (415) 436-6888
     Facsimile: (415) 436-7009
7    Email: jose.olivera@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,           )   CR CASE NO. 3:15-CR-00204-TEH
                                         )
13 |         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                         )   DISCLOSURE & PROTECTIVE ORDER
14 |    v.                               )
                                         )
15 | MARINA ZUK,                         )
                                         )
16 |                                     )
             Defendant.                  )
17 |_____

18       The United States of America (the "Government"), and defendant Marina Zuk, hereby

19  stipulate as follows:

20       1. Defendant Marina Zuk was charged by indictment on April 7, 2015, with three counts of

21          making and subscribing a false tax return in violation of 26 U.S.C. § 7206(1).

22       2. The Government has provided Defendant with more than 7,000 pages of discovery, the

23          bulk of the discovery in this case. The Government possesses additional discovery related

24          to an individual with the initials M.B. This additional discovery contains private financial

25          information and confidential tax return and taxpayer return information within the

26          meaning of Title 26, United States Code, Section 6103(b). Disclosure of such tax return

27          and taxpayer return information is governed by Title 26, United States Code, Section

28

STIPULATION AND [PROPOSED] DISCLOSURE
& PROTECTIVE ORDER; CR 15-cr-00204-TEH        1

6103(a), which mandates that returns and return information shall be confidential, except as authorized by Section 6103.

3. Section 6103(h)(4)(D) of Title 26 permits disclosure to the Defendant, by order of the court, of another's tax return and taxpayer information as required under Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act, 18 U.S.C. § 3500.

4. The Government intends to provide defense counsel with private financial information and tax return and return information of M.B. that constitutes Rule 16 or Jencks Act discovery, which will likely be disclosed to Defendant.

5. The parties agree that the additional discovery regarding M.B. identified above will be provided subject to the following conditions:

   a. Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and Title 28, United States Code, Section 1651, unauthorized disclosure of discovery material and information contained therein to nonlitigants is prohibited under the following provisions (when the term "Defendant" is used, said term encompasses an attorney for the Defendant):

      i. The additional discovery regarding M.B. identified above, remains the property of the Government and is being produced as required by Rule 16 and the Jencks Act in preparation for or in connection with any stage of the proceedings in this case. All such materials and all copies made thereof shall be returned to the United States Attorney's Office, Tax Division, unless otherwise ordered by the Court or agreed upon by the parties, at the occurrence of the last of the following:

         1. The completion of all appeals, habeas corpus proceedings, clemency or pardon proceedings, or other post-conviction proceedings;

         2. the conclusion of the sentencing hearing; or

         3. the earlier resolution of charges against the Defendant.

b. The additional discovery regarding M.B. identified above may be used by the Defendant solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

c. Upon written request to the United States, by the Defendant, at or before the time of such return, all specified materials returned shall be segregated and preserved by the Government in connection with any further proceedings related to this case, which are specified in such request until such proceedings are concluded.

d. The additional discovery regarding M.B. identified above, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than the Defendant, persons employed to assist in the defense or prosecution of this matter, or such other persons as to whom the Court may expressly authorize disclosure upon proper motion.

e. Such materials shall not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare and assist in the defense or prosecution of this matter, and all such copies and reproductions shall be treated in the same manner as the original matter.

f. Before any disclosure to the Defendant of the discovery regarding M.B. identified above, defendant's counsel shall personally inform the Defendant of the provisions of this order and direct her not to disclose any information contained in the Government's discovery regarding M.B. in violation of this order, and shall inform her that any unauthorized disclosure may be punished as contempt of court. Defense counsel agrees to keep the discovery in his or her possession and agrees only to provide access to the Defendant for review of it.

g. The Defendant shall be responsible for controlling and accounting for all such material, copies, notes, and other records described above, and shall be responsible for assuring full compliance by herself and any person assisting in her defense with this order. Written certification of such compliance shall be made to the Court at the time discovery materials are returned to the United States.

STIPULATION AND [PROPOSED] DISCLOSURE
& PROTECTIVE ORDER; CR 15-cr-00204-TEH        3

h. The provisions above are not meant to limit use of information provided in discovery from being used in pretrial proceedings, investigation, motions and briefs, trial and other proceedings in this litigation, unless the discovery information is protected by another order protecting information received from a financial institution regulatory agency.

WHEREFORE, in the best interests of the administration of justice and because of the importance of protecting tax return information, taxpayer return information, and potential witnesses, it is requested that a protective order as described above be entered in this case and that the Court permit disclosure of such records pursuant to 26 U.S.C. § 6103(h)(4)(D).

BRIAN J. STRETCH
United States Attorney

Dated: July 12, 2016.

*s/ Jose A. Olivera*
JOSE A. OLIVERA
Assistant United States Attorney
Attorney for the United States of America

Dated: July 12, 2016.

*s/ Martin Schainbaum*
MARTIN SCHAINBAUM
Attorney for Defendant.

**IT IS SO ORDERED.**

Dated: July __13__, 2016

_____
HON. THELTON HENDERSON
United States District Court Judge

STIPULATION AND [PROPOSED] DISCLOSURE
& PROTECTIVE ORDER; CR 15-cr-00204-TEH        4