MARTIN A. SCHAINBAUM, ESQ. (SBN: 37257)
601 California Street, Suite 688
San Francisco, CA 94111
Telephone: (415) 777-1040
Fax: (415) 981-1065
Email: schainbm@taxwarrior.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 3:15-cr-00204-TEH |
|---|---|
| Petitioner, | |
| v. | STIPULATION AND ORDER TO CHANGE SENTENCING DATE |
| MARINAZUK, | |
| Respondent. | |

The stipulation to change the sentencing date is hereby agreed and stipulated to based on the facts and circumstances that Probation Officer Michelle Nero requires additional time to prepare her report. Based on the Probation Officer's request and circumstances, including the availability of counsel, the sentencing date is hereby respectfully requested to be changed from February 6, 2017, at 2:30PM before the Honorable Thelton Henderson, to March 20, 2017, at 2:30PM before the Honorable Thelton Henderson.

It is further agreed and stipulated that Probation Officer Nero have until Feb. 6, 2017, to disclose the draft Pre-Sentence Report ("PSR") and objections, if any, to be made by Feb. 21, 2017; and that the final PSR shall be disclosed on Feb. 27, 2017.

STIPULATION AND ORDER TO CHANGE
SENTENCING DATE- 1

Further, it is agreed and stipulated that sentencing memoranda, if any, shall be filed on March 6, 2017.

IT IS SO STIPULATED.

Dated: January 20, 2017            /s/ Jose A. Olivera

JOSE A. OLIVERA
Assistant United States Attorney
Attorney for Plaintiff

Dated: January 20, 2017            /s/ Martin A. Schainbaum

MARTIN A. SCHAINBAUM
Attorney for Defendant

## ORDER

ORDERED, for the reasons set forth in the above stipulation, the Court hereby continues the sentencing date from February 6, 2017, at 2:30PM to March 20, 2017, at 2:30PM.

FURTHER ORDERED, that Probation Officer Nero have until Feb. 6, 2017, to disclose the draft Pre-Sentence Report ("PSR") and objections, if any, to be made by Feb. 21, 2017; and that the final PSR shall be disclosed on Feb. 27, 2017.

FURTHER ORDERED, that sentencing memoranda, if any, shall be filed on March 6, 2017.

ORDERED this 24th day of January, 2017.

_____
THE HONORABLE THELTON HENDERSON
Judge of the United States District Court

STIPULATION AND ORDER TO CHANGE
SENTENCING DATE- 2